

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
September 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____RR_____
DEPUTY

---

UNITED STATES OF AMERICA

**Plaintiff**

v

**(1) MY'LIK KERLEY**
**(2) NATHAN SCOTT  HANKE**
**(3) LEROY ROBINSON**
████████████████████████

**Defendants.**

# SA-24-CR-388-OG

## SUPERSEDING INDICTMENT

**COUNT 1:**  21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A), Conspiracy to Possess with Intent to Distribute Methamphetamine.

**COUNTS 2 and 6:** 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Methamphetamine.

**COUNTS 3, 4 and 5:**  21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with Intent to Distribute Methamphetamine.

**COUNT 7:**  18 U.S.C. § 924(c), Possession of a Firearm in furtherance of a Drug Crime.

---

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**[21 U.S.C. §§ 846, 841(a)(1) &(b)(1)(A)]**

That from on or about April 22, 2024 and continuing until on or about July 31, 2024, in the

Western District of Texas, Defendants,

**MY'LIK KERLEY (1)**
**NATHAN SCOTT  HANKE (2)**
**LEROY ROBINSON (3)**
████████████████████

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally

combine, conspire, confederate and agree together and with each other to distribute and possess

1

with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, and contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
### [21 U.S.C. §  841(a)(1) & (b)(1)(B)]

That on or about April 22, 2024, in the Western District of Texas, Defendants,

**MY'LIK KERLEY (1)
NATHAN SCOTT  HANKE (2)
LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE
### [21 U.S.C. §  841(a)(1) & (b)(1)(A)]

That on or about May 1, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT  HANKE (2)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
### [21 U.S.C. §  841(a)(1) & (b)(1)(A)]

That on or about June 4, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent

to distribute a controlled substance, which offense involved 500 grams or more of a mixture or

substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of

Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
**[21 U.S.C. §  841(a)(1) & (b)(1)(A)]**

That on or about July 11, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT  HANKE (2)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent

to distribute a controlled substance, which offense involved 500 grams or more of a mixture or

substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of

Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX
**[21 U.S.C. §  841(a)(1) & (b)(1)(B)]**

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled

substance, which offense involved 50 grams or more of a mixture or substance containing

Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States

Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SEVEN
**[18 U.S.C. § 924(c)]**

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**

did knowingly possess firearms, namely: an FN SCAR, fully automatic 7.62mm, short barrel

rifle; in furtherance of a drug trafficking crime that may be prosecuted in a court of the United

States, that is the offense alleged in Counts One and Four of the indictment, in violation of Title

18, United States Code, Section 924(c).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
United States Attorney

BY:

For MATTHEW LATHROP
Assistant United States Attorney