# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Case Number: SA:24-CR-00388(3)-OLG |
| | § | |
| (3) Leroy Robinson | § | |
| *Defendant* | | |

## ORDER SETTING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **02:00 PM, in Courtroom D, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Thursday, November 12, 2026**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **9th day of November, 2026.**

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**